# EXHIBIT B

CAUSE NO. 20-1828-C368 _____

| | | |
|---|---|---|
| MARY AUGUSTINOVICH, | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | WILLIAMSON COUNTY, TEXAS |
| | § | |
| HOME DEPOT U.S.A., INC., | § | Williamson County - 368th Judicial District Court |
| THE HOME DEPOT, INC. | § | |
| THE HOME DEPOT, and | § | |
| RICHARD STEINBACH | § | _____ JUDICIAL DISTRICT |
| Defendants | § | |

## ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Mary Augustinovich, Plaintiff, files this original petition against Home Depot U.S.A., Inc.,

The Home Depot, Inc., The Home Depot, and Richard Steinbach, Defendants, and shows:

### 1. PARTIES

1.1 Mary Augustinovich, (Plaintiff), who resides at 7423 W Hill Ln, Glendale, Arizona 85310,

brings this suit. The last four digits of her social security number are redacted for privacy.

1.2 **Home Depot U.S.A., Inc**., is a foreign for-profit corporation at 2455 Paces Ferry Rd Atlanta,

Georgia 30339. Defendant Home Depot U.S.A., Inc., is 100 per cent owned by Defendant **The**

**Home Depot, Inc**., a foreign for-profit corporation at 2455 Paces Ferry Rd Atlanta, Georgia

30339. **The Home Depot** is the common or assumed name under which The Home Depot

#6538 (where the incident occurred) operates in Texas at 1303 Rivery Blvd. Georgetown,

Texas 78628. Plaintiff sues The Home Depot under its assumed or common name pursuant to

Tex. R. Civ. P. 28. **Richard Steinbach** was the store manager on duty the day Plaintiff was

injured and is sued in his capacity as store manager.

1.3 **Defendant Home Depot U.S.A., Inc**., can be served through its registered agent for service of process, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street Suite 620, Austin, Texas 78701.

1.4 **Defendant The Home Depot, Inc**., can be served through Defendant Home Depot U.S.A., Inc.'s registered agent for service of process, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street Suite 620, Austin, Texas 78701.

1.5 **The Home Depot in its common name** can be served by serving Home Depot U.S.A., Inc., through its registered agent for service of process, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street Suite 620, Austin, Texas 78701.

1.6 **Defendant Richard Steinbach**, the store manager on duty the day Plaintiff was injured, can be served with process at The Home Depot #6538 at 1303 Rivery Blvd. Georgetown, Texas 78628.

1.7 Issuance of citation and service of process are requested for private process service by Thomas Process for Home Depot U.S.A., Inc.; for The Home Depot, Inc.; for The Home Depot in its common name, and for Richard Steinbach.

## 2.   DISCOVERY CONTROL PLAN

2.1 Discovery should be conducted under level 3 pursuant to Tex. Rule Civ. Proc. 190.3.

## 3.   VENUE

3.1 Venue is proper in Williamson County, Texas because the incident made the basis of this suit occurred in Williamson County, Texas.

## 4.   FACTS

4.1 On November 24, 2018, Mary Augustinovich was with her sister, Kathryn Steinly at The Home Depot, store #6538, located at 1303 Rivery Blvd. Georgetown, Texas 78628. They were shopping for some LED lights in the front of the store and looking at the Black Friday weekend deals.

4.2 Ms. Augustinovich was injured by a display between the aisle endcaps and the cash registers. The temporary cardboard unit held blister-packs, each containing two heavy-duty flashlights complete with a row of batteries. As Ms. Augustinovich approached, she paused to let another male customer pass by her. He walked by. She passed in front of the display and paused. Ms. Augustinovich heard movement; she turned to look at the display, and saw it falling toward her. She did not have time to get out of the way before the display fell onto her. The display fell against Ms. Augustinovich, hitting her thigh and injuring her left hand, especially at the junction of her thumb and hand.

4.3 A store employee, Stan Green, saw the event, came over to help, and commented that those flashlights are heavy. Ms. Augustinovich immediately reported the incident to the manager on duty, Richard Steinbach and filled out a report in the store before going to an urgent care clinic for treatment.

### NEGLIGENCE OF DEFENDANTS

#### *a. Duty*

5.1 Defendant Home Depot U.S.A., Inc., is the owner of Home Depot #6538. As the owner of the store, it had a duty to Plaintiff and all invitees to exercise reasonable care in constructing, placing, maintaining all displays and ensuring they are safe for use by Plaintiff and all other invitees. This duty is created by common law.

5.2 Defendant Home Depot U.S.A., Inc., purports in franchise tax filings to be owned 100% by The Home Depot, Inc., and does business under its common name, The Home Depot.

5.3 Defendant Home Depot U.S.A., Inc., was doing business as a home improvement retailer under the common name The Home Depot. Defendants are collectively referred to herein as The Home Depot. Defendants The Home Depot owed a duty to Plaintiff and other invitees to keep them safe from foreseeable hazards and harm and Defendant The Home Depot breached that duty to Plaintiff.

### b.   Breach of duty

5.4 Defendants The Home Depot failed to exercise ordinary care to protect Plaintiff from hazard by putting up a temporary cardboard display unit, in the aisle and walkway, and stacking heavy items onto the flimsy display. The cardboard display unit was not sufficiently strong or stable enough to hold the products and was top-heavy. The Home Depot failed to make the store conditions reasonably safe by creating a top-heavy, flimsy display that toppled over onto Plaintiff. As an invitee and customer of the store, Plaintiff did not know the danger of the unstable display, nor was the Plaintiff in charge of building the display for products or placing it in a walkway next to customers. Defendants The Home Depot, as the owner, and Defendant Steinbach, as the manager, had the duty to confirm that every display placed in their stores is built strong enough to hold the products on display without having the products or display units fall onto customers such as Plaintiff.

5.5 Defendants The Home Depot and/or its agents, servants, or employees breached their duty to Plaintiff in several regards, generally described as follows:

   a. In setting up feeble, inadequate and improperly built displays in the vicinity of consumers and shoppers.
   b. In failing to warn Plaintiff and other shoppers and consumers of the danger that displays can fall over.
   c. In putting heavy products on weak, improperly built displays, creating unstable top-heavy displays.
   d. In allowing customers to propel shopping carts and flatbed dollies around crowded aisles with temporary, flimsy and unstable end cap displays, increasing the likelihood that displays would become less stable.
   e. In staging the displays in the aisles and in close proximity to shoppers, causing shoppers to come into contact with the displays and increasing the likelihood that the display units and products would fall over and hit customers.
   f. In failing to train management and employees to locate temporary displays out of harm's way.
   g. In failing to train management and employees to create stable display units, properly loaded, within shelf units that are accessible to customers without posing a risk of harm by falling onto them.
   h. In relying upon a system of temporary seasonal displays, in high traffic areas, without due regard for the hazards they present to customers.

5.6 The above acts and omission, individually and in combination, constituted negligence and were proximate causes of Plaintiff's injuries to her body and of her damages.

### c.  *Big Box Business Model*

5.7. The big box business model of stacking products on high shelves, and in eye-catching but flimsy temporary end cap displays and dense aisles, creates inherent dangers well known to The Home Depot and other big box warehouse or home improvement stores. These dangers are not known or appreciated by customers until they are injured. With more than 2,200 stores across North America and nearly 400,000 employees, The Home Depot stores average 105,000 square feet loaded with more than one million products.

5.8 The Home Depot features, as part of its business model, temporary seasonal displays with products in cardboard display units which become increasingly unstable with high traffic, rolling carts, shopping baskets, and crowded conditions like Black Friday sales. These temporary displays, set in high traffic areas, put profits over safety.

## 6.  RESPONDEAT SUPERIOR

6.1 At all times referenced herein, all agents, servants and/or employees of Defendant The Home Depot were acting within the course and scope of their employment or official duties and in furtherance of the duties of their employment. Thus, Defendants are responsible for all damages resulting from the negligent acts and/or omissions of its managers, agents, servants and/or employees under the Doctrine of Respondent Superior.

## 7.  INJURIES AND DAMAGES

7.1 As a direct and proximate result of the negligence of defendants, Plaintiff Augustinovich has suffered and sustained personal injuries including a left thumb injury that required multiple surgeries, therapies, immobilizations, as well as abrasions to her right thigh.

7.2 As a further result of the negligence of Defendants, Plaintiff Augustinovich has incurred necessary medical expenses for evaluation and treatment of her injuries. The charges incurred

were the usual and customary charges in the counties in which they were rendered for such services.

7.3 As a result of the negligence of Defendants, Plaintiff Augustinovich will likely need continuing treatment and will necessarily incur reasonable expenses in the future for such medical care.

7.4 As a result of being hit by falling merchandise, Plaintiff Augustinovich will endure in the future, physical pain and mental suffering as a result of her injuries.

7.5 As a result of being hit by falling merchandise, Plaintiff Augustinovich has suffered physical impairment, including the loss of enjoyment of life. Plaintiff Augustinovich will suffer future physical impairment as a result of these injuries.

7.6 As a result of her injuries, Plaintiff Augustinovich has suffered disfigurement and permanent scarring.

7.7 As a result of being hit by falling merchandise, Plaintiff Augustinovich has suffered and will likely suffer in the future from actual lost earnings and lost earning capacity as a result of her injuries.

7.8 As a result of her injuries from the falling merchandise, Plaintiff's damages are in excess of the minimum jurisdictional limits of this Court. The amounts of damages will be according to proof at trial and are not fully known at this time and are within the reasonable discretion of the jury, however, as required by Texas Rule of Civil Procedure 47, Plaintiff states that she seeks monetary relief in excess of $250,000, but not more than $1,000,000, based on information currently known to Plaintiff.

## 8.  REQUEST FOR DISCLOSURE

8.1 Under the authority of Texas Rule of Civil Procedure 194, Plaintiff requests that each Defendant disclose within fifty (50) days of service to their Answer all of the information or material described in Texas Rule of Civil Procedure 194.2(a) through (l).

## 9.  HEADINGS

9.1 Headings are for convenience and are not intended to be limiting.

## 10. PRAYER

10.1 WHEREFORE, Plaintiff requests that each Defendant be cited to appear and answer, and that

on final trial Plaintiff be entitled to:

a.  Judgment against Defendants in a sum in excess of the minimum jurisdictional limits

of the Court for each of the Plaintiff's past and future damages;

b.  Prejudgment interest;

c.  Postjudgment interest;

d.  Cost of suit; and

e.  All such other relief, at law or at equity, to which Plaintiff may show herself to be

entitled.

Respectfully Submitted,



**KOSTURA & PUTMAN, P.C.**

A T T O R N E Y S   A T   L A W

THE COMMISSIONERS HOUSE AT HERITAGE SQUARE

2901 Bee Cave Road, Suite L

Austin, Texas 78746

Telephone: (512) 328-9099

Facsimile No. (512) 328-4132

ATTORNEYS FOR PLAINTIFF

By:_____

JUDY KOSTURA

State Bar No. 11692200

Email: jkostura@jkplaw.com

# WILLIAMSON COUNTY LOCAL RULES

## C. PRE-TRIAL PROCEDURES

C-2 SCHEDULING. At the time of filing in each non-family civil case, the Clerk will provide the plaintiff a copy of the following rules relating to pre-trial scheduling to be served with the petition.  They are as follows:

a) Any additional parties to be joined within 90 days from the date answered filed.

b) Plaintiff's expert witnesses to be designated within 120 days from the date answer is filed. Defendant's expert witnesses shall be designated within 150 days from the date answer is filed.

c) Discovery shall be completed within 180 days from the date answer is filed.

d) Motions for summary judgment to be filed within 210 days from the date answer is filed.

e) A settlement conference must be held with the two parties present within 250 days from the date of answer.

f) A pre-trial statement setting forth unresolved issues, proposed jury charges, and stipulations and all matters to be considered in Rule 166 pre-trial conference shall be filed no later than 270 days from the date of answer.  If the parties are unable to agree on a joint pre-trial statement then separate submission is required.

*NOTE A copy of this rule will be attached to citations issued by the Clerk.

**C I T A T I O N**
**T H E   S T A T E   O F   T E X A S ,   C O U N T Y   O F   W I L L I A M S O N**
**N O .   2 0 - 1 8 2 8 - C 3 6 8**

**MARY AUGUSTINOVICH VS. HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., THE HOME DEPOT AND RICHARD STEINBACH**

TO:      The Home Depot
              By Serving Its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
              211 E 7th Street
              Ste 620
              Austin TX  78701

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 17th day of November, 2020 in the 368th Judicial District Court of Williamson County, Texas.  This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 18th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Judy Kostura
2901 Bee Cave Road
Box 1
Austin TX  78746

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212

BY:  *Stephanie Robles*
           Stephanie Robles, Deputy

**R E T U R N   O F   S E R V I C E**

Came to hand on the ____ day of _____ ,20___ ,at _____ o'clock ___ M. and executed at _____ , within the County of _____ , Texas, at _____ o'clock ___ M. on the _____ day of _____ , 20___ , by delivering to the within named _____ , in person a true copy of this citation, with a true and correct copy of the ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
***NOT EXECUTED**, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____
the defendant may be found at _____ .
*Strike if not applicable.*
**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE   BY: _____ DEPUTY
**FEE FOR SERVICE OF CITATION : $** _____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*

My name is _____ , my date of birth is _____ , and my address is
      Please print.    (First, Middle, Last)
_____ . *(Street, City, Zip).*
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of _____ , 20 ___ .

_____ _____
   Declarant/Authorized Process Server                  ID # & expiration of certification

C I T A T I O N
**T H E   S T A T E   O F   T E X A S ,   C O U N T Y   O F   W I L L I A M S O N**
**N O .   2 0 - 1 8 2 8 - C 3 6 8**

**MARY AUGUSTINOVICH VS. HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., THE HOME DEPOT AND RICHARD STEINBACH**

TO:     The Home Depot, Inc.
        By Serving Its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
        211 E 7th Street Suite 620
        Austin TX  78701

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 17th day of November, 2020 in the 368th Judicial District Court of Williamson County, Texas.  This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 18th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Judy Kostura
2901 Bee Cave Road
Box 1
Austin TX  78746

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212

BY:     *Stephanie Robles*

Stephanie Robles, Deputy

---

**R E T U R N   O F   S E R V I C E**

Came to hand on the _____ day of _____ ,20___ ,at _____ o'clock ___ M. and executed at _____ , within the
County of _____ , Texas, at _____ o'clock ___ M. on the _____ day of _____ , 20___ , by delivering to the
within named _____ , in person a true copy of this citation, with a true and correct copy of the ORIGINAL
PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
* *NOT EXECUTED*, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____ ,
the defendant may be found at _____ .
*Strike if not applicable.*
**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE     BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $**_____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*

My name is _____ , my date of birth is _____ , and my address is
     Please print.    (First, Middle, Last)
_____ (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of _____ , 20____ .

    Declarant/Authorized Process Server                    ID # & expiration of certification

# CITATION
## THE STATE OF TEXAS, COUNTY OF WILLIAMSON
### NO. 20-1828-C368

**MARY AUGUSTINOVICH VS. HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., THE HOME DEPOT AND RICHARD STEINBACH**

TO:      Home Depot U.S.A., Inc.
           By Serving Its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
           211 E 7th Street
           Suite 620
           Austin TX 78701

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 17th day of November, 2020 in the 368th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 18th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Judy Kostura
2901 Bee Cave Road
Box 1
Austin TX 78746

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY:  *Stephanie Robles*
           Stephanie Robles, Deputy

## RETURN OF SERVICE
Came to hand on the _____ day of _____, 20 ___ ,at _____ o'clock __ M. and executed at _____ , within the
County of _____ , Texas, at _____ o'clock __ M. on the _____ day of _____ , 20 ___ , by delivering to the
within named _____ , in person a true copy of this citation, with a true and correct copy of the ORIGINAL
PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
***NOT EXECUTED***, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____
the defendant may be found at _____ .
*Strike if not applicable.*
**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE  BY: _____ DEPUTY
**FEE FOR SERVICE OF CITATION : $** _____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____ , my date of birth is _____ , and my address is
    Please print.    (First, Middle, Last)
_____ . (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of _____ , 20 ___ .
        Declarant/Authorized Process Server          ID # & expiration of certification

# CITATION
# THE STATE OF TEXAS, COUNTY OF WILLIAMSON
# NO. 20-1828-C368

**MARY AUGUSTINOVICH VS. HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., THE HOME DEPOT AND RICHARD STEINBACH**

TO:      Richard Steinbach
         The Home Depot #6538
         1303 Rivery Blvd
         Georgetown TX  78628

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 17th day of November, 2020 in the 368th Judicial District Court of Williamson County, Texas.  This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 18th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Judy Kostura
2901 Bee Cave Road
Box 1
Austin TX  78746

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY: *Stephanie Robles*

Stephanie Robles, Deputy

## RETURN OF SERVICE

Came to hand on the _____ day of _____,20__ ,at _____ o'clock ___M. and executed at _____, within the County of _____ , Texas, at _____ o'clock ___M. on the _____ day of _____ , 20 ____ , by delivering to the within named _____ , in person a true copy of this citation, with a true and correct copy of the ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
* **NOT EXECUTED**, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____ .
the defendant may be found at _____ .
*Strike if not applicable.*
**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY** _____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE      BY: _____ DEPUTY
**FEE FOR SERVICE OF CITATION : $ _____**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____ , my date of birth is _____ , and my address is _____
      Please print.      (First, Middle, Last)                                                                      (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of _____ , 20 ____ .

Declarant/Authorized Process Server                          ID # & expiration of certification

Filed: 11/20/20                    2:55 PM
Lisa David, District Clerk
Williamson County, Texas
By: Allen, Shannon

# CITATION
# THE STATE OF TEXAS, COUNTY OF WILLIAMSON
# NO. 20-1828-C368

**MARY AUGUSTINOVICH VS. HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., THE HOME DEPOT AND RICHARD STEINBACH**

TO:      Home Depot U.S.A., Inc.
         By Serving Its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
         211 E 7th Street
         Suite 620
         Austin TX 78701

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 17th day of November, 2020 in the 368th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 18th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Judy Kostura
2901 Bee Cave Road
Box 1
Austin TX 78746

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY: *Stephanie Robles*
Stephanie Robles, Deputy

## RETURN OF SERVICE

Came to hand on the 18th day of Nov ,2020, at 4:02 o'clock PM. and executed at _____, within the County of _____, Texas, at _____ o'clock __M. on the _____ day of _____, 20___, by delivering to the within named _____, in person a true copy of this citation, with a true and correct copy of the ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
*NOT EXECUTED*, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____.
the defendant may be found at _____ **AFFIDAVIT ATTACHED** _____.
*Strike if not applicable.*
**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE   BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $** _____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____, my date of birth is _____, and my address is
　　　　Please print.    (First, Middle, Last)
_____. (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____, 20_____.

_____                                    _____
Declarant/Authorized Process Server                          ID # & expiration of certification

Copy from re:SearchTX

Filed: 11/20/2020 2:55 PM
Lisa David, District Clerk
Williamson County, Texas
Shannon Allen

20-1828-C368

## AFFIDAVIT OF SERVICE

| State of Texas | County of Williamson | 368th Judicial District Court |
|---|---|---|

Case Number: 20-1828-C368

Plaintiff:
**MARY AUGUSTINOVICH**

vs.

Defendant:
**HOME DEPOT U.S.A., INC., et al**

Received these papers on the 18th day of November, 2020 at 4:00 pm to be served on **HOME DEPOT U.S.A., INC. care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC – LAWYERS INCORPORATING SERVICE COMPANY, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Thomas Kroll, being duly sworn, depose and say that on the **19th day of November, 2020 at 9:45 am, I:**

hand delivered to **HOME DEPOT U.S.A., INC.,** a true copy of this **Citation together with Original Petition and Request for Disclosure and Williamson County Local Rules,** by delivering to its Registered Agent, **CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY,** by and through its designated agent, **SAMANTHA GUERRA,** at the address of: **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 19th day of November, 2020 by the affiant who is personally known to me.

**Thomas Kroll**
PSC - 3012, Exp. 8/31/2021

NOTARY PUBLIC

Our Job Serial Number: THP-2020006272
Ref: Augustinovich

Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t



Copy from re:SearchTX

Filed: 11/20/20   2:55 PM
Lisa David, District Clerk
Williamson County, Texas
By: Allen, Shannon

## C I T A T I O N
### THE STATE OF TEXAS, COUNTY OF WILLIAMSON
### NO. 20-1828-C368

**MARY AUGUSTINOVICH VS. HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., THE HOME DEPOT AND RICHARD STEINBACH**

TO:   Richard Steinbach
      The Home Depot #6538
      1303 Rivery Blvd
      Georgetown TX  78628

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 17th day of November, 2020 in the 368th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 18th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Judy Kostura
2901 Bee Cave Road
Box 1
Austin TX  78746

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY:   *Stephanie Robles*
      Stephanie Robles, Deputy

### RETURN OF SERVICE

Came to hand on the ____ day of ____ , 20__, at ____ o'clock ___ M. and executed at _____, within the County of _____, Texas, at ____ o'clock ___ M. on the ____ day of ____, 20___, by delivering to the within named _____, in person a true copy of this citation, with a true and correct copy of the ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
**\* NOT EXECUTED**, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____
the defendant may be found at _____
*\*Strike if not applicable.*
**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY** _____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE   BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $** _____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____ , my date of birth is _____ , and my address is
      Please print.      (First, Middle, Last)
_____ (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the ____ day of _____ , 20 ____ .

_____          _____
Declarant/Authorized Process Server          ID # & expiration of certification

Copy from re:SearchTX

20-1828-C368

## **AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| **State of Texas** | **County of Williamson** | **368th Judicial District Court** |

Case Number: 20-1828-C368

Plaintiff:
**MARY AUGUSTINOVICH**

vs.

Defendant:
**HOME DEPOT U.S.A., INC., et al**

Received these papers on the 18th day of November, 2020 at 4:00 pm to be served on **RICHARD STEINBACH At The Home Depot #6538, 1303 Rivery Blvd, Georgetown, Williamson County, TX 78628**.

I, Emmanuel Morales, being duly sworn, depose and say that on the **19th day of November, 2020 at 2:03 pm, I:**

delivered in hand, a true copy of the **Citation together with Original Petition and Request for Disclosure and Williamson County Local Rules** with the date of service endorsed thereon by me, to: **RICHARD STEINBACH At The Home Depot #6538** at the address of: **1303 Rivery Blvd, Georgetown, Williamson County, TX 78628**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas.  I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced  cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 19th day of November, 2020 by the affiant who is personally known to me.

**Emmanuel Morales**
PSC - 10708, Exp. 12/31/2021

NOTARY PUBLIC

Our Job Serial Number: THP-2020006275
Ref: Augustinovich

KATHERINE A. MITCHELL
Notary Public, State of Texas
Comm. Expires 10-10-2022
Notary ID 131755992

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8 1t



Copy from re:SearchTX

Filed: 11/29/20   2:55 PM
Lisa David, District Clerk
Williamson County, Texas
By: Allen Shannon

### C I T A T I O N
## T H E   S T A T E   O F   T E X A S ,   C O U N T Y   O F   W I L L I A M S O N
### N O .   2 0 - 1 8 2 8 - C 3 6 8

**MARY AUGUSTINOVICH VS. HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., THE HOME DEPOT AND RICHARD STEINBACH**

TO:    The Home Depot, Inc.
        By Serving Its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
        211 E 7th Street Suite 620
        Austin TX  78701

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 17th day of November, 2020 in the 368th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 18th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Judy Kostura
2901 Bee Cave Road
Box 1
Austin TX  78746

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212

BY:  *Stephanie Robles*
          Stephanie Robles, Deputy

---

**R E T U R N   O F   S E R V I C E**

Came to hand on the **1st** day of **Nov** ,20**20**, at **4:00** o'clock **P** M. and executed at _____ , within the County of _____ , Texas, at _____ o'clock ___ M. On the _____ day of _____ , 20___ , by delivering to the within named _____ , in person a true copy of this citation, with a true and correct copy of the ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.

**\* NOT EXECUTED**, the diligence used to execute being *(show manner of delivery)* _____

_____ ; for the following reason _____ ,

the defendant may be found at _____

*\*Strike if not applicable.*

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY** _____ COUNTY, TEXAS

_____ SHERIFF/CONSTABLE   BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $** _____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*

My name is _____ , my date of birth is _____ , and my address is
       Please print.    (First, Middle, Last)

_____ (Street, City, Zip).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____ , on the _____ day of _____ , 20_____ .

     Declarant/Authorized Process Server           ID # & expiration of certification

Copy from re:SearchTX

Filed: 12/21/2020 2:55 PM
Lisa David, District Clerk
Williamson County, Texas
Shannon Allen

20-1828-C368

## <u>AFFIDAVIT OF SERVICE</u>

| | | |
|---|---|---|
| **State of Texas** | **County of Williamson** | **368th Judicial District Court** |

Case Number: 20-1828-C368

Plaintiff:
**MARY AUGUSTINOVICH**

vs.

Defendant:
**HOME DEPOT U.S.A., INC., et al**

Received these papers on the 18th day of November, 2020 at 4:00 pm to be served on **THE HOME DEPOT, INC. care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC – LAWYERS INCORPORATING SERVICE COMPANY, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Thomas Kroll, being duly sworn, depose and say that on the **19th day of November, 2020** at **9:45 am, I:**

hand delivered to **THE HOME DEPOT, INC.,** a true copy of this **Citation together with Original Petition and Request for Disclosure and Williamson County Local Rules,** by delivering to its Registered Agent, **CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY**, by and through its designated agent, **SAMANTHA GUERRA**, at the address of: **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 19th day of November, 2020 by the affiant who is personally known to me.

_Nolen Broussard_
NOTARY PUBLIC

Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

**Thomas Kroll**
PSC - 3012, Exp. 8/31/2021

Our Job Serial Number: THP-2020006273
Ref: Augustinovich

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t



Copy from re:SearchTX

Filed 11/29/20   2:55 PM
Lisa David, District Clerk
Williamson County, Texas
By: Allen Shannon

## CITATION
### THE STATE OF TEXAS, COUNTY OF WILLIAMSON
#### NO. 20-1828-C368

**MARY AUGUSTINOVICH VS. HOME DEPOT U.S.A., INC., THE HOME DEPOT, INC., THE HOME DEPOT AND RICHARD STEINBACH**

TO:      The Home Depot
By Serving Its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 E 7th Street
Ste 620
Austin TX 78701

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 17th day of November, 2020 in the 368th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 18th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Judy Kostura
2901 Bee Cave Road
Box 1
Austin TX 78746

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY: _Stephanie Robles_
Stephanie Robles, Deputy

### RETURN OF SERVICE

Came to hand on the 18th day of Nov ,20 20 ,at 4 oo o'clock PM. and executed at _____ , within the
County of _____ , Texas, at _____ o'clock ___M. on the _____ day of _____ , 20____ , by delivering to the
within named _____ , in person a true copy of this citation, with a true and correct copy of the ORIGINAL
PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
*** NOT EXECUTED**, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____ ,
the defendant may be found at _____ .
*Strike if not applicable.*
**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ *AFFIDAVIT ATTACHED* _____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE   BY: _____ DEPUTY
**FEE FOR SERVICE OF CITATION : $** _____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____ , my date of birth is _____ , and my address is
      Please print.    (First, Middle, Last)
_____ , (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of _____ , 20____ .

_____ | _____
Declarant/Authorized Process Server | ID # & expiration of certification

Copy from re:SearchTX

Filed: 11/20/2020 2:55 PM
Lisa David, District Clerk
Williamson County, Texas
Shannon Allen

20-1828-C368

## **AFFIDAVIT OF SERVICE**

| State of Texas | County of Williamson | 368th Judicial District Court |
|---|---|---|

Case Number: 20-1828-C368

Plaintiff:
**MARY AUGUSTINOVICH**

vs.

Defendant:
**HOME DEPOT U.S.A., INC., et al**

Received these papers on the 18th day of November, 2020 at 4:00 pm to be served on **THE HOME DEPOT care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC – LAWYERS INCORPORATING SERVICE COMPANY, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Thomas Kroll, being duly sworn, depose and say that on the **19th day of November, 2020 at 9:45 am, I:**

hand delivered to **THE HOME DEPOT,** a true copy of this **Citation together with Original Petition and Request for Disclosure and Williamson County Local Rules,** by delivering to its Registered Agent, **CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY,** by and through its designated agent, **SAMANTHA GUERRA,** at the address of: **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 19th day of November, 2020 by the affiant who is personally known to me.

**Thomas Kroll**
PSC - 3012, Exp. 8/31/2021

NOTARY PUBLIC

Our Job Serial Number: THP-2020006274
Ref: Augustinovich

Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Copy from re:SearchTX



Filed: 12/10/2020 9:52 AM
Lisa David, District Clerk
Williamson County, Texas
Tammy Clinton

CAUSE NO. 20-1828-C368

| | | |
|---|---|---|
| MARY AUGUSTINOVICH, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 368TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| THE HOME DEPOT, INC., | § | |
| THE HOME DEPOT, and | § | |
| RICHARD STEINBACH, | § | |
| | § | |
| Defendants. | § | WILLIAMSON COUNTY, TEXAS |

## DEFENDANT HOME DEPOT U.S.A.'S AND THE HOME DEPOT, INC.'S AND RICHARD STEINBACH'S ORIGINAL ANSWERS AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE:

COME NOW Home Depot U.S.A., Inc., sued also under its trade or common name "The Home Depot," The Home Depot, Inc., and Richard Steinbach (hereinafter referred to as "Defendants"), Defendants in the above-entitled and numbered cause, and for their Original Answer and Special Exceptions to Plaintiff's Original Petition would respectfully show unto the Court as follows:

## SPECIAL EXCEPTIONS

### I.

Defendants specially except to paragraph 7 of the Petition wherein Plaintiff seeks recovery for unspecified medical expenses and lost wages/loss of earning capacity and, pursuant to TEX. R. CIV. P. 56, requests that Plaintiff be required to itemize all special damages for which she seeks recovery. Of which special exception, Defendants pray judgment of the Court.

---

Envelope# 48860818

## II.

Defendants further specially except to the prayer for relief of the Petition wherein it is alleged that Plaintiff seeks recovery "for all such other and further relief to which Plaintiff may show herself to be justly entitled."  Defendants are entitled to know the specific types of relief to which the Plaintiff may be entitled at law or in equity; accordingly, this global claim for relief should be stricken or, in the alternative, Plaintiff should be required to re-plead to specifically identify each type of damage for which she seeks recovery.  Of which special exception, Defendants pray judgment of the Court.

## <u>ORIGINAL ANSWER</u>

## III.

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants hereby enter a general denial and demand that Plaintiff be required to prove her allegations by a preponderance of the evidence.

## IV.

Pleading further, Defendants affirmatively allege that Plaintiff's own negligence was the sole proximate cause or, alternatively, a proximate cause of the incident made the basis of this suit and Plaintiff's damages, if any.

## V.

Pleading further, in the unlikely event that any Defendant is found at fault, the amount recovered for past medical or health care expenses incurred by Plaintiff is limited by Section 41.0105 of the Texas Civil Practice and Remedies Code.

## VI.

Pleading further, Defendants affirmatively allege that the incident made the basis of this suit and Plaintiff's damages, if any, were proximately caused by the negligence of third parties over whom

Defendants had no control or right of control (including Duracell and the unknown customer who Plaintiff impliedly admits to have knocked over the display).

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiff take nothing by this action and that Defendants be dismissed with their costs, and for such other relief, both general and specific, at law or in equity, to which Defendants may be justly entitled.

Respectfully submitted,

LAW OFFICES OF ARTHUR K. SMITH,
a Professional Corporation


By: /s/ Arthur K. Smith
     Arthur K. Smith
     State Bar No.  18534100

     507 Prestige Circle
     Allen, Texas  75002
     Telephone:  (469) 519-2500
     Facsimile:  (469) 519-2555
     Email:  asmith@aksmithlaw.com

     ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was filed via the Court's electronic filing system and thus served on all counsel of record on this 11th day of December, 2020.


     /s/ Arthur K. Smith
     Arthur K. Smith


AnswerforHDUSA

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Arthur Smith on behalf of Arthur Smith
Bar No. 18534100
lchamberlain@aksmithlaw.com
Envelope ID: 48860818
Status as of 12/11/2020 10:14 AM CST

Associated Case Party: Mary Augustinovich

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Judy AKostura | | jkostura@jkplaw.com | 12/11/2020 9:52:11 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennie Archer | | jarcher@jkplaw.com | 12/11/2020 9:52:11 AM | SENT |

Filed: 12/21/2020 4:52 PM
Lisa David, District Clerk
Williamson County, Texas
Michele Rodriguez

CAUSE NO. 20-1828-C368

| | | |
|---|---|---|
| MARY AUGUSTINOVICH | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | WILLIAMSON COUNTY, TEXAS |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| THE HOME DEPOT, INC., | § | |
| THE HOME DEPOT AND | § | |
| RICHARD STEINBACH | § | 368TH JUDICIAL DISTRICT |

## NOTICE OF APPEARANCE OF RETAINED CO-COUNSEL
## FOR DEFENDANT HOME DEPOT USA, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the undersigned attorneys and files this Notice of Appearance as retained counsel for Defendants Home Depot U.S.A., Inc. and Richard Steinbach in the above-styled and numbered cause in accordance with Rule 8 of the Texas Rules of Civil Procedure.   All communications from the court or other counsel with respect to this suit shall be sent to the undersigned, as well as co-counsel of record for Defendant.

Respectfully submitted,

HAWKINS PARNELL & YOUNG, LLP

By: /s/*Amy Welborn*

**AMY C. WELBORN**
State Bar No. 24012853
awelborn@hpylaw.com
**TROY D. HELLING**
State Bar No. 24007340
thelling@hpylaw.com

2705 Bee Caves Road, Suite 220
Austin, Texas 78746
(512) 687-6900
(512) 687-6990 (Fax)

ATTORNEYS FOR DEFENDANTS
HOME DEPOT U.S.A., INC. AND
RICHARD STEINBACH

Envelope# 49066037

## **CERTIFICATE OF SERVICE**

I hereby certify by my signature above that a true and correct copy of the foregoing document has been sent via electronic service to counsel of record in accordance with the Texas Rules of Civil Procedure, on this the 17th day of December, 2020.

Kostura & Putman, P.C.
Judy Kostura
jkostura@jkplaw.com
2901 Bee Cave Road, Suite L
Austin, Texas 78746